CONRAD K. CYR
SENIOR CIRCUIT JUDGE

P.O. BOX 635
BANGOR, MAINE 04402-0635
(207) 941-8150

June 28, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Dear Judge Lisi:

Thank you for your letter of June 24, 2004, inquiring about the Hemasure, Inc. entry on my 2003 Financial Disclosure Report. The name "Hemasure, Inc." was changed to "Point Therapeutics, Inc." during 2003. Please see entry number 41 on p. 3 of my 2003 Financial Disclosure Report (copy of p. 3 attached). Please let me know if you have further questions or require additional information. Thank you.

Since[rely]

Conrad K. Cyr
Senior Circuit Judge

CKC:ec

Encl.

| Name of Person Reporting | Date of Report |
|---|---|
| CYR, CONRAD K | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Biopure | A | Interest | J | T | | | | | |
| 38. Agere Systems, Class A | A | Interest | J | T | Bought | 2000* | | | |
| 39. Agere Systems, Class B | A | Interest | J | T | Bought | 2000* | | | |
| 40. Avaya, Inc. | A | Interest | J | T | Bought | 2000* | | | |
| 41. Point Therapeutics, Inc. (formerly Hemasure) | A | Interest | J | T | Name change | | | | |
| 42. UBS Retirement Money Fund | A | Interest | J | T | Bought | 2000* | | | |
| 43. UBS Bank USA Deposit Account | A | Interest | J | T | Bought | 2000* | | | |
| 44. Aim Constellation Fund, Class B | A | Interest | J | T | Bought | 2000* | | | |
| 45. Aim Premier Equity Fund, Class B | A | Interest | J | T | Bought | 2000* | | | |
| 46. ASAF Goldman Sachs, Class B | A | Interest | J | T | Bought | 1999* | | | |
| 47. Following owned jointly by ███ and ███ | | | | | | | | | |
| 48. CMS Energy Corp. | A | Interest | J | T | Gift | 6/15 | J | | |
| 49. Exxon Mobil Corp. | A | Interest | M | T | Gift | 6/15 | M | | |
| 50. Home Depot, Inc. | A | Interest | K | T | Gift | 6/15 | K | | |
| 51. Johnson & Johnson Common | A | Interest | K | T | Gift | 6/15 | K | | |
| 52. Verizon Communications | A | Interest | K | T | Gift | 6/15 | K | | |
| 53. Mirant Corp. | A | Interest | J | T | Gift | 6/15 | J | | |
| 54. Van Kampen Focus Portfolios | A | Interest | K | T | Gift | 6/15 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) CYR, CONRAD K | 2. Court or Organization FIRST CIRCUIT COURT OF APPEALS | 3. Date of Report 4/15/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR CIRCUIT JUDGE | 5. ReportType (check appropriate type) ● Nomination, Date ● Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |

7. Chambers or Office Address

U.S. COURT OF APPEALS

P.O. BOX 635

BANGOR, ME 04402-0635

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE    - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |

1.

# II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE    - (No reportable agreements.)

| DATE | PARTIES AND TERMS |

1.

RECEIVED 2004 MAY -6 P 12: 27 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. GLENDALE FEDERAL BANK | REAL ESTATE MORTGAGE (OCEANRIDGE, FL PROPERTY), see. P.3, item VII | K |

| Name of Person Reporting | Date of Report |
|---|---|
| CYR, CONRAD K | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ■ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. UBS Cash Fund (formerly Paine Webber Cash Fund) | A | Interest | L | T | | | | | |
| 2. Dreyfus Worldwide Dollar Money Market Fund, Cl. A | A | Interest | J | T | | | | | |
| 3. Henley Ltd. Partnership (formerly Boston Celtics) | A | Dividend | J | T | Name change | | | | |
| 4. Cottage ████████ Winterport, ME (7/19/95) | C | Rent | L | Q | | | | | |
| 5. Exxon Mobil Corp. | A | Interest | J | T | Bought | 6/04 | J | | |
| 6. Coca-Cola Co. Comm. | A | Interest | J | T | Bought | 3/13 | J | | |
| 7. Franklin Income Fund Cl. II | A | Dividend | J | T | | | | | |
| 8. UBS Bank USA Deposit Account | A | Interest | J | T | Opened | 9/15 | J | | |
| 9. E. Millinocket, ME Bonds | A | Interest | J | T | | | | | |
| 10. Key Bank, Bangor, ME Checking Account | A | Interest | J | T | | | | | |
| 11. Dial Corp. Ariz. | D | Interest | J | T | | | | | |
| 12. Viad Corp. | B | Interest | J | T | | | | | |
| 13. TWA Credit Union (Savings) | A | Interest | J | T | | | | | |
| 14. Real Estate, Oceanridge, FL | C | Rent | L | W | | | | | |
| 15. UBS Retirement Money Fund (formerly Paine Webber Cash Fund) | A | Interest | K | T | Name change | | | | |
| 16. UBS Retirement Money Fund (formerly Paine Webber Retirement) | A | Interest | J | T | Name change | | | | |
| 17. Van Kampen Senior Loan Fund (formerly Van Kampen Merritt) | A | Interest | K | T | Name change | | | | |
| 18. Aim Constellation Fund Cl. B | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CYR, CONRAD K | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Aim Money Market Fund, Cl. B | A | Interest | K | T | | | | | |
| 20. Aim Premier Equity Fund B | | None | J | T | | | | | |
| 21. Lucent Technologies | | None | J | T | | | | | |
| 22. USB Global Equity (formerly UBS Strategy Fund) | | None | K | T | Name change | | | | |
| 23. American Skandia | | None | J | T | | | | | |
| 24. AT&T Corp. | | None | J | T | | | | | |
| 25. AT&T Wireless Services | | None | J | T | | | | | |
| 26. Avaya, Inc. | | None | J | T | | | | | |
| 27. Citrix Systems, Inc. | | None | J | T | | | | | |
| 28. General Electric Co. | | None | J | T | | | | | |
| 29. JDS Uniphase Corp. | | None | J | T | Sold | 1/03 | J | | |
| 30. Agere Systems, Inc., Cl. A | | None | J | T | | | | | |
| 31. Agere Systems, Inc., Cl. B | | None | J | T | | | | | |
| 32. Comcast Corp., Cl. A | | None | J | T | | | | | |
| 33. ASAF Goldman Sachs, Cl. B | | None | J | T | | | | | |
| 34. Following owned by spouse: | | | | | | | | | |
| 35. American Power Conversion | A | Interest | J | T | | | | | |
| 36. Suite Sweets, Inc. | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CYR, CONRAD K | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Biopure | A | Interest | J | T | | | | | |
| 38. Agere Systems, Class A | A | Interest | J | T | Bought | 2000* | | | |
| 39. Agere Systems, Class B | A | Interest | J | T | Bought | 2000* | | | |
| 40. Avaya, Inc. | A | Interest | J | T | Bought | 2000* | | | |
| 41. Point Therapeutics, Inc. (formerly Hemasure) | A | Interest | J | T | Name change | | | | |
| 42. UBS Retirement Money Fund | A | Interest | J | T | Bought | 2000* | | | |
| 43. UBS Bank USA Deposit Account | A | Interest | J | T | Bought | 2000* | | | |
| 44. Aim Constellation Fund, Class B | A | Interest | J | T | Bought | 2000* | | | |
| 45. Aim Premier Equity Fund, Class B | A | Interest | J | T | Bought | 2000* | | | |
| 46. ASAF Goldman Sachs, Class B | A | Interest | J | T | Bought | 1999* | | | |
| 47. Following owned jointly ███████████ ████ | | | | | | | | | |
| 48. CMS Energy Corp. | A | Interest | J | T | Gift | 6/15 | J | | |
| 49. Exxon Mobil Corp. | A | Interest | M | T | Gift | 6/15 | M | | |
| 50. Home Depot, Inc. | A | Interest | K | T | Gift | 6/15 | K | | |
| 51. Johnson & Johnson Common | A | Interest | K | T -- | Gift | 6/15 | K | | |
| 52. Verizon Communications | A | Interest | K | T | Gift | 6/15 | K | | |
| 53. Mirant Corp. | A | Interest | J | T | Gift | 6/15 | J | | |
| 54. Van Kampen Focus Portfolios | A | Interest | K | T | Gift | 6/15 | K | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CYR, CONRAD K | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. American Balanced Fund, Class A | A | Interest | K | T | Gift | 6/15 | K | | |
| 56. Capital World Growth Fund, Class A | A | Interest | K | T | Gift | 6/15 | K | | |
| 57. Fundamental Investors Fund, Class A | A | Interest | K | T | Gift | 6/15 | K | | |
| 58. Income Fund of America, Class A | A | Interest | K | T | Gift | 6/15 | K | | |
| 59. New Perspective Fund, Class A | A | Interest | K | T | Gift | 6/15 | K | | |
| 60. Washington Mutual Investors Fund, Class A | A | Interest | K | T | Gift | 6/15 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

*Under Section VII, Investments and Trusts, items numbered 38, 39, 40, 42, 43, 44, 45 and 46 ▓▓▓▓▓▓▓▓ were inadvertently omitted from previous years' reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date  4/15/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544